

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

January 29, 2020

Re: 19-2322, *American Federation of Government Employees, et. al. v. Office of Special Counsel*

### **LETTER ORDER**

This letter order memorializes the Court's orders in today's conference call.

**Motion to Amend Complaint** (ECF No. 19) is granted.  Plaintiffs must file a red-line version of the Amended Complaint today.

**Motion to Dismiss** (ECF No. 16) is denied without prejudice.

**Briefing Schedule:** The updated briefing schedule is as follows:

- Defendant shall file its Motion to Dismiss and Response to Motion for Preliminary Injunction (ECF No. 19) by February 19, 2020.
- Plaintiff shall file its Response to Defendant's Motion to Dismiss and its Reply in support of its Motion for Preliminary Injunction by March 4, 2020.
- Defendant shall file its Reply in support of its Motion to Dismiss by March 18, 2020.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

/S/
PAULA XINIS
United States District Judge