FILED: August 17, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1976
(8:19-cv-02322-PX)

_____

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES; AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES LOCAL 2578

    Plaintiffs - Appellants

v.

OFFICE OF SPECIAL COUNSEL

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered June 11, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk